No. 81–1959. SEMBLE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–1960. JOHNSON v. GRANHOLM ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–1969. WASHINGTON ET AL. v. FINLAY, MAYOR OF COLUMBIA, SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–1991. BRAND v. BOISE SOUTHERN COMPANY OF DERIDDER, LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 81–2006. KITE ET AL. v. MARSHALL ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–2018. BERGER v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–2050. BURLINGTON NORTHERN INC. v. WILSON. C. A. 8th Cir. Certiorari denied.

No. 81–2055. KONDRAT v. UNITED STATES DEPARTMENT OF JUSTICE. C. A. 6th Cir. Certiorari denied.

No 81–2058. HERITAGE HOMES OF ATTLEBORO, INC. v. SEEKONK WATER DISTRICT. C. A. 1st Cir. Certiorari denied.

No. 81–2059. SCHERER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–2070. LOFTEN ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–2071. MATHIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.